**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.
**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy
Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or
answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** **20 S. Clark St.** **28th Floor** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom 744** **Chicago IL 60604** | **Status Hearing Date and Time** **03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A
JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
Northern District of Illinois

In re:

Bankruptcy Case No. **14–05665**

**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**

**KATHERINE L STATEN**

**ARZROW W STATEN**

Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**

**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** CANDICA LLC C/O WEINSTEIN &RILEY

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

                 Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

                 Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA, C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

                 Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** CAPITAL ONE, N.A. C/O AMERICAN INFOSOURCE

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.
**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  CHELA**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | **Clerk, U.S. Bankruptcy Court** |
| | **Northern District of Illinois** |
| | **219 S Dearborn** |
| | **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | **Aaron M Weinberg** |
| | **20 S. Clark St.** |
| | **28th Floor** |
| | **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| | **Dirksen Federal Building** |
| | **219 South Dearborn** |
| | **Courtroom 744** | **Status Hearing Date and Time** |
| | **Chicago IL 60604** | **03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**

**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**

**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** CITIBANK

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | **Clerk, U.S. Bankruptcy Court** |
| | **Northern District of Illinois** |
| | **219 S Dearborn** |
| | **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | **Aaron M Weinberg** |
| | **20 S. Clark St.** |
| | **28th Floor** |
| | **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| | **Dirksen Federal Building** | |
| | **219 South Dearborn** | **Status Hearing Date and Time** |
| | **Courtroom 744** | **03/27/2014 at 10:00AM** |
| | **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**

**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**

**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  CITY OF CHAMPAIGN– LEGAL DEPARTMENT

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg** <br> **20 S. Clark St.** <br> **28th Floor** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 744** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:
Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.
**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  CITY OF CHICAGO DEPARTMENT OF REVENUE, C/O ARNOLD SCOTT HARRIS PC

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **03/27/2014 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** CODILIS &ASSOCIATES

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy
Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or
answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A
JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

_Jeffrey P. Allsteadt_

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**

**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**

**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  CREDIT MANAGEMENT

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allstead*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.
**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  DEPT OF ED/SALLIE MAE**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** <br> **20 S. Clark St.** <br> **28th Floor** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 744** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

**Date Issued**

March 24, 2014

*Jeffrey P. Allstead*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**

**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**

**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** EMC MORTGAGE

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allstead*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

                                                                                    Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

                                                                                    Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

                                                                                    Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  HSBC BANK**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**

**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**

**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  I C SYSTEM**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | **Clerk, U.S. Bankruptcy Court** |
| | **Northern District of Illinois** |
| | **219 S Dearborn** |
| | **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | **Aaron M Weinberg** |
| | **20 S. Clark St.** |
| | **28th Floor** |
| | **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **03/27/2014 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allstead*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:
Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.
**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  INTERNAL REVENUE SERVICE

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **03/27/2014 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.
**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** LNV CORPORATION

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | **Clerk, U.S. Bankruptcy Court** |
| | **Northern District of Illinois** |
| | **219 S Dearborn** |
| | **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | **Aaron M Weinberg** |
| | **20 S. Clark St.** |
| | **28th Floor** |
| | **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **03/27/2014 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** MCSI INC

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | **Clerk, U.S. Bankruptcy Court** |
| | **Northern District of Illinois** |
| | **219 S Dearborn** |
| | **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | **Aaron M Weinberg** |
| | **20 S. Clark St.** |
| | **28th Floor** |
| | **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| | **Dirksen Federal Building** |
| | **219 South Dearborn** |
| | **Courtroom 744** | **Status Hearing Date and Time** |
| | **Chicago IL 60604** | **03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** OAK HARBOR CAPITAL LLC, C/O WEINSTEIN &RILEY, PS

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
| --- |
| **Aaron M Weinberg** <br> **20 S. Clark St.** <br> **28th Floor** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
| --- | --- |
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 744** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allstead*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**

**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**

**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** PRA RECEIVABLES MANAGEMENT, LLC

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

### SUMMONS IN AN ADVERSARY PROCEEDING

**To:** PALISADES COLLECTION LLC

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allstead*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:
Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.
**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  PORTFOLIO RECOVERY ASSOCIATES LLC

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **03/27/2014 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:
Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.
**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** RECEIVABLES MANAGEMENT INC

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **03/27/2014 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.
**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:  SAMS CLUB**

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | **Clerk, U.S. Bankruptcy Court** |
| | **Northern District of Illinois** |
| | **219 S Dearborn** |
| | **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | **Aaron M Weinberg** |
| | **20 S. Clark St.** |
| | **28th Floor** |
| | **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| | **Dirksen Federal Building** |
| | **219 South Dearborn** | **Status Hearing Date and Time** |
| | **Courtroom 744** | **03/27/2014 at 10:00AM** |
| | **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.
**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** SILVERLEAF RESORTS

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **03/27/2014 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** STATE OF ILLINOIS DEPARTMENT OF REVENUE

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** **Northern District of Illinois** **219 S Dearborn** **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** **20 S. Clark St.** **28th Floor** **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** **219 South Dearborn** **Courtroom 744** **Chicago IL 60604** | **Status Hearing Date and Time** **03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.
**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  US DEPARTMENT OF EDUCATION

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy
Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or
answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** <br> **20 S. Clark St.** <br> **28th Floor** <br> **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** <br> **219 South Dearborn** <br> **Courtroom 744** <br> **Chicago IL 60604** | **Status Hearing Date and Time** <br> **03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A
JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** VILLAGE OF HOMEWOOD

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg** |
| **20 S. Clark St.** |
| **28th Floor** |
| **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 744** | **03/27/2014 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**
**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**
**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.
**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  WELLS FARGO FINANCIAL

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allstead*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**

**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**

**KATHERINE L STATEN**

**ARZROW W STATEN**

Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**

**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:**  CITY OF CHICAGO PARKING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk | |
|---|---|
| | **Clerk, U.S. Bankruptcy Court** |
| | **Northern District of Illinois** |
| | **219 S Dearborn** |
| | **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | |
|---|---|
| | **Aaron M Weinberg** |
| | **20 S. Clark St.** |
| | **28th Floor** |
| | **Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| | **Dirksen Federal Building** |
| | **219 South Dearborn** |
| | **Courtroom 744** |
| | **Chicago IL 60604** |

| Status Hearing Date and Time |
|---|
| **03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allstead*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **14–05665**

**KATHERINE L STATEN AND ARZROW W STATEN, SR.**

Debtor

Adversary Proceeding No. **14–00206**

**KATHERINE L STATEN**
**ARZROW W STATEN**

Plaintiff

v.

**BEAL BANK USA FKA BEAL BANK NEVADA,C/O CODILIS &ASSOCIATES, P.C.**
**CANDICA LLC C/O WEINSTEIN &RILEY ET. AL.**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** PEOPLES GAS

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| **Clerk, U.S. Bankruptcy Court**<br>**Northern District of Illinois**<br>**219 S Dearborn**<br>**Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| **Aaron M Weinberg**<br>**20 S. Clark St.**<br>**28th Floor**<br>**Chicago, IL 60603** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| Address | |
|---|---|
| **Dirksen Federal Building**<br>**219 South Dearborn**<br>**Courtroom 744**<br>**Chicago IL 60604** | **Status Hearing Date and Time**<br>**03/27/2014 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued**

March 24, 2014

*Jeffrey P. Allsteadt*

**Jeffrey P. Allsteadt, Clerk Of Court**

ILNB 2012