# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 14 B 05665 |
| ) | HON. Eugene R. Wedoff |
| Katherine L Staten and Arzrow W Staten, Sr.) | CHAPTER 13 |
| ) | |
| ) | |
| Katherine L Staten and Arzrow W Staten, Sr.) | |
| ) | |
| Plaintiffs, ) | |
| ) | ADV. NO. 14 AP 00206 |
| v. ) | |
| ) | |
| Beal Bank USA fka Beal Bank Nevada, ) | |
| c/o Codilis & Associates, P.C. ) | |
| ) | |
| Candica LLC c/o Weinstein & Riley ) | |
| ) | |
| Capital One, N.A. c/o American Infosource ) | |
| ) | |
| Chela ) | |
| ) | |
| Citibank ) | |
| ) | |
| City of Champaign- Legal Department ) | |
| ) | |
| City of Chicago Department of Revenue ) | |
| c/o Arnold Scott Harris PC ) | |
| ) | |
| Codilis & Associates ) | |
| ) | |
| Credit Management ) | |
| ) | |
| Dept Of Ed/Sallie Mae ) | |
| ) | |
| Emc Mortgage ) | |
| ) | |
| Hsbc Bank ) | |
| ) | |
| I C System ) | |
| ) | |
| Internal Revenue Service ) | |

| | |
|---|---|
| LNV Corporation | ) |
| | ) |
| Mcsi Inc | ) |
| | ) |
| Oak Harbor Capital LLC, | ) |
| c/o Weinstein & Riley, PS | ) |
| | ) |
| PRA Receivables Management, LLC | ) |
| | ) |
| Palisades Collection LLC | ) |
| | ) |
| Portfolio Recovery Associates LLC | ) |
| | ) |
| Receivables Management Inc | ) |
| | ) |
| Sams Club | ) |
| | ) |
| Silverleaf Resorts | ) |
| | ) |
| State of Illinois Department of Revenue | ) |
| | ) |
| US Department Of Education | ) |
| | ) |
| Village of Homewood | ) |
| | ) |
| Wells Fargo Financial | ) |
| | ) |
| City of Chicago Parking | ) |
| | ) |
| Peoples Gas | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT ORDER IMPOSING AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 105

On March 21, 2014, Plaintiffs filed an adversary to impose automatic stay.

This cause coming to be heard on the Plaintiffs' adversary imposing automatic stay pursuant to 11 U.S.C § 105, the Court having jurisdiction over the parties and the subject matter and being duly advised on the premises, due notice being given to all parties entitled thereto.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the automatic stay is herby imposed on all Defendants pursuant to 7001-7 11 U.S.C § 105.

Dated: 3/27/14

Enter:

_____
United States Bankruptcy Judge

Robert J. Semrad & Associates
Attorney for Debtor
20 S. Clark Street
28th Floor
Chicago, IL 60603
(312) 913-0625